UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:26-CR-00079(1)-ADA |
| | § | |
| (1) LUIS ALEJANDRO | § | |
| QUINTERO-VILLAREAL | | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 12, 2026, wherein the defendant (1) LUIS ALEJANDRO QUINTERO-VILLAREAL waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) LUIS ALEJANDRO QUINTERO-VILLAREAL to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) LUIS ALEJANDRO QUINTERO-VILLAREAL's plea of guilty to Count One (1) is accepted.

Signed this 26th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE